**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7761**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

       v.

DWAYNE ALEX MCCASKEY,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.   Terrence W. Boyle, District Judge.  (2:10-cr-00016-BO-2; 2:12-cv-00082-BO)

_____

Submitted:  May 1, 2015                          Decided:  May 6, 2015

_____

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dwayne Alex McCaskey, Appellant Pro Se.   Shailika S. Kotiya, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Alex McCaskey appeals the district court's order dismissing his 28 U.S.C. § 2255 (2012) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. McCaskey, No. 2:10-cr-00016-BO-2 (E.D.N.C. Oct. 15, 2013); see also United States v. Foote, __ F.3d __, 2015 WL 18883538 (4th Cir. Apr. 27, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED